Printed: 11/30/10 02:36 PM

Page: 1

## Claims Distribution Small Checks

**Trustee: ROBERT R. KANUIT (430160)**

**Case: 09-50534 – GUNDERSEN, WILLIAM CHARLES**

RECEIVED

2010 DEC -2 AM 9: 07

U.S. BANKRUPTCY COURT
DULUTH MN

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | 107 | 11/30/10 | | | Payee: | U.S. Bankruptcy Court | | | | |
| 920070672787766 | | | 2U | 06/01/10 | 610 | INTERNAL REVENUE SERVICES | 13.86 | 13.86 | 0.44 | 0.44 |
| | | | 3 | 07/16/10 | 610 | VERIZON WIRELESS | 140.60 | 140.60 | 4.40 | 4.40 |
| | | | | | | Check Amount: | | | | $4.84 |

11/30/10

(*) Denotes objection to Amount Filed